Certificate Number: 20102-PAM-DE-039121058

Bankruptcy Case Number: 24-02971


20102-PAM-DE-039121058

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 3, 2024, at 1:37 o'clock PM EST, Rebekkah Anne Lucas completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 3, 2024

By: /s/Marcy Walter

Name: Marcy Walter

Title: President-Manager