IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re | Chapter 7 |
|---|---|
| Rebekkah Lucas, | Case No. 5:24-bk-02971-MJC |
| Debtor | |

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Paper Served: | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: December 3, 2024

s/Tiffany Bator
Tiffany Bator, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.,
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email kecf@bankruptcypa.com

| |
|---|
| Moses Taylor Hospital<br>700 Quincy Ave.<br>Scranton, PA 18210-1724 |
| Medical Data Systems Inc.<br>645 Walnut St., Ste 5<br>Gadsden, AL 35901-4173 |
| Klarna Inc.<br>800 N. High St., Ste. 400<br>Columbus, OH 43215 |
| InDebted USA, Inc.<br>PO Box 1201<br>Farmington, MO 63640-4128 |