United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-02971-MJC
Rebekkah Anne Lucas  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Mar 03, 2025      Form ID: 318      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebekkah Anne Lucas, 313 N Apple St Apt 2, Dunmore, PA 18512-2448 |
| 5669079 | + | Dave Washko, 306 N Apple St, Dunmore, PA 18512-2449 |
| 5669078 | + | Dave Washko, 306 N Apple St, Scranton, PA 18512-2449 |
| 5669082 | + | Elizabeth Lucas, 800 James Ave, Unit 6101, Scranton, PA 18510-1597 |
| 5669083 | | Fidelity Bank, 101 N Blakely St, Dunmore, PA 18512-1901 |
| 5671809 | + | Klana Inc., 800 N. High St., Ste. 400, Columbus, OH 43215-1430 |
| 5671810 | + | Moses Taylor Hospital, 700 Quincy Ave, Scranton, PA 18510-1798 |
| 5669088 | | New Jersey E-ZPass, PO Box 52001, Newark, NJ 07101-8201 |
| 5669091 | | Philip Luongo, 963 Farber Ct, Scranton, PA 18510-1335 |
| 5669094 | + | Scranton Quincy Clinic Company LLC, 748 Quincy Ave, Scranton, PA 18510-1739 |
| 5669097 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5669074 | + | EDI: CAPONEAUTO.COM | Mar 03 2025 23:45:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 5669074 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 03 2025 18:57:56 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 5669075 | | EDI: CAPITALONE.COM | Mar 03 2025 23:45:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5669075 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2025 18:56:26 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5669076 | | EDI: WFNNB.COM | Mar 03 2025 23:45:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 5669077 | | EDI: CCS.COM | Mar 03 2025 23:45:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 5669081 | | EDI: DISCOVER | Mar 03 2025 23:45:00 | Discover Bank, 6500 New Albany Rd E, New Albany, OH 43054-8730 |
| 5669080 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 03 2025 18:49:00 | Department of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 5669084 | ^ | MEBN | Mar 03 2025 18:46:07 | Geisinger, 100 North Academy Ave, danville, PA 17822-0001 |
| 5671811 | ^ | MEBN | Mar 03 2025 18:46:17 | InDebt USA, Inc, PO Box 1201, Farmington, MO 63640-4128 |
| 5669085 | ^ | MEBN | | |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Mar 03 2025 18:46:19 | Labcorp, 531 S Spring St, Burlington, NC 27215-5866 |
| 5669086 | + | Email/Text: NY-Bankruptcy@lgbs.com | Mar 03 2025 18:49:00 | Linebarger, Goggan, Blair & Sampson, LLC, 61 Broadway Suite 2600, New York, NY 10006-2840 |
| 5671812 | | Email/Text: MDSBankruptcies@meddatsys.com | Mar 03 2025 18:49:00 | Medical Data Systems Inc., 645 Walnut St, Ste 5, Gadsden, AL 35901-4173 |
| 5669087 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2025 18:49:00 | Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5669089 | ^ | MEBN | Mar 03 2025 18:46:16 | PA Turnpike, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 5669092 | | Email/Text: pasi_bankruptcy@chs.net | Mar 03 2025 18:49:00 | Professional Account Services, Inc., PO Box 188, Brentwood, TN 37024-0188 |
| 5669090 | + | Email/PDF: ebnotices@pnmac.com | Mar 03 2025 18:57:45 | PennyMac Loan Services LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5669095 | | EDI: AISTMBL.COM | Mar 03 2025 23:45:00 | T Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 5669095 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Mar 03 2025 18:57:05 | T Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 5669096 | | Email/Text: bknotice@upgrade.com | Mar 03 2025 18:49:00 | Upgrade Inc., 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 5669098 | | Email/Text: edbknotices@ecmc.org | Mar 03 2025 18:49:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5669099 | ^ | MEBN | Mar 03 2025 18:46:33 | Weltman, Weinberg & Reis Co., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |
| 5669100 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Mar 03 2025 18:49:00 | Westlake Financial Services, 4751Wilshire Blvd, Los Angeles, CA 90010-3847 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5669093 | ##+ | Richard Burns, 321 Spruce St #609, Scranton, PA 18503-1409 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Carlo Sabatini | on behalf of Debtor 1 Rebekkah Anne Lucas usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: **Rebekkah Anne Lucas** (First Name, Middle Name, Last Name) | Social Security number or ITIN: xxx–xx–2026 | EIN: __–_____ |
| Debtor 2 (Spouse, if filing): First Name, Middle Name, Last Name | Social Security number or ITIN: ____ | EIN: __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number: 5:24-bk-02971-MJC | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rebekkah Anne Lucas
aka Rebekkah A Lucas, aka Rebekkah Lucas

3/3/25

**By the court:**

_(signature)_

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**